[No. 21797-3-III.   Division Three.   April 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. SYLVESTER CANTU LOPEZ, SR., *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 00-1-00013-5, William D. Acey, J., entered February 5, 2003. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 21873-2-III.   Division Three.   April 22, 2004.]

AL K. LANG, ET AL., *Appellants*, v. WALKER'S PAVING, INC., ET AL., *Defendants*, CONTRACTORS BONDING & INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Stevens County, No. 01-2-00139-4, Larry M. Kristianson, J., entered February 27, 2003. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Kurtz, J.

[No. 21912-7-III.   Division Three.   April 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DONNA DEE BUCKMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 02-1-01415-7, Michael W. Leavitt, J., entered March 14, 2003. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 49112-1-I.   Division One.   April 26, 2004.]

*In the Matter of the Personal Restraint of* ERIC DELOY WESTMAN, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Grosse, J., concurred in by Cox, C.J., and Agid, J.